UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CORRIE ANN BEULA,
: 08 Civ. 2767 (GBD)

          Plaintiff,  :

  - against -  :

MEYER MUSCHEL, MANDA ASSOCIATES,  :  SUBSTITUTION OF COUNSEL OF RECORD FOR PLAINTIFF

          Defendants.  :
------------------------------------x

IT IS HEREBY STIPULATED AND CONSENTED that Jonathan M. Landsman, Esq., 60 East 42nd Street, Suite 501, New York, NY 10165-0501 (phone: 212-949-6100), be and hereby is substituted in place and instead of Corrie Ann Beula, plaintiff pro se, 519 8th Street, Apt. #3L Brooklyn NY 11215, as counsel of record for plaintiff, Corrie Ann Beula, in the above-entitled action, and that this substitution be entered into effect without further notice.

Dated: April 2, 2008
      New York, NY

_____
CORRIE ANN BEULA
Plaintiff
519 Eighth Street, Apt. #3L
Brooklyn NY 11215

_____
JONATHAN M. LANDSMAN
JL - 4172
Attorney for Plaintiff
60 East 42nd Street,
 Suite 501
New York, NY   10165-0501
(212) 949-6100

SO ORDERED: APR 0 4 2008

_____
U.S.D.J.
HON. GEORGE B. DANIELS