UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------X

CORRIE ANN BEULA,
Plaintiff,

- against -

MEYER MUSCHEL AND MANDA ASSOCIATES,
Defendant.

-----------------------------------X

08 CV 02767 (GBD)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendants certify that the following are corporate parents, subsidiaries, or affiliates of the Defendants: NONE

Dated: New York, New York
June 11, 2008

THE DWECK LAW FIRM, LLP
Attorneys for Defendants

By: ______________________
H.P. Sean Dweck (HPSD-4187)
75 Rockefeller Plaza, 16th Floor
New York, New York 10019
(212) 687-8200

TO: Jonathan Landsman, Esq.
Attorney for Plaintiff
60 East 42nd Street, Suite 501
New York, New York 10165
(212) 949-6100