UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

CORRIE ANN BEULA,

Plaintiff,

- against -

MEYER MUSCHEL AND MANDA ASSOCIATES,

Defendants.

-----------------------------------X

DOCKET No. 08 CV 02767 (GBD)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE**, that The Dweck Law Firm, LLP, by H.P. Sean Dweck, hereby appears in this proceeding as counsel for the Defendants.

Please forward all notices and communications to the undersigned.

Dated: New York, New York
June 11, 2008

Yours, etc.,

THE DWECK LAW FIRM, LLP
Attorneys for Defendants

By:______________________
H.P. Sean Dweck (HPSD-4187)
75 Rockefeller Plaza, 16th Floor
New York, New York 10019
(212) 687-8200

TO: Jonathan Landsman, Esq.
Attorney for Plaintiff
60 East 42nd Street, Suite 501
New York, New York 10165
(212) 949-6100