UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Plaintiff, Corrie Ann Beula

-v-

Defendant. Meyer Muschel, Manda Associates

------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08cv02767 (GBD)(JCF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 14 2008

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

     General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓ Settlement*

_ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)
___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____
___ Habeas Corpus
___ Social Security
___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

All such motions: ___

* Do not check if already referred for general pretrial.
Dated AUG 14 2008

SO ORDERED:

*George B Daniels*
HON. GEORGE B. DANIELS
United States District Judge